UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MAZZAFERRO, Individually and On Behalf of All Others Similarly Situated,<br><br>           Plaintiffs,<br><br>      vs.<br><br>ARUBA NETWORKS, INC., DOMINIC P. ORR, MICHAEL M. GALVIN, and KEERTI MELKOTE,<br><br>           Defendants. | Case No.: 13-cv-02342-YGR<br><br>**ORDER REQUIRING ADDITIONAL INFORMATION FROM GOLD BENNETT CERA & SIDENER LLP AND CERTIFICATION FROM PAR INVESTMENT PARTNERS, L.P.; CONTINUING HEARING SCHEDULED FOR SEPTEMBER 3, 2013; AND REQUESTING PERSPECTIVES REGARDING PENDING PRO HAC VICE APPLICATIONS** |

Six motions to appoint lead plaintiff and lead counsel were filed with the Court. (Dkt. Nos. 15, 16, 23, 26, 33 & 38.) The motions filed by (i) John Wheeler, Erhan Erdem, and Obie Nevels (The Aruba Investor Group) and (ii) Employees' Retirement System of the Government of the Virgin Islands and District No. 9, I.A. of M. & A.W. Pension Trust (Pension Funds) have been withdrawn. (*See* Dkt. Nos. 44 & 53, respectively.) As such, this Order terminates Dkt. Nos. 16 & 33.

Two proposed lead plaintiffs filed non-oppositions to all of the competing motions. (*See* Dkt. No. 45 [filed by Construction Laborers Pension Trust of Greater St. Louis] and Dkt. No. 43 [filed by Oklahoma Law Enforcement Retirement System and Oklahoma Firefighters Pension and Retirement System].) The Arkansas Teacher Retirement System filed a non-opposition to PAR Investment Partners, L.P.'s motion. (Dkt. No. 47.)

The Court hereby **ORDERS** that proposed lead counsel for PAR Investment Partners, L.P., Gold Bennett Cera & Sidener LLP ("Gold Bennett"), provide additional information to the Court regarding its experience and expertise in securities litigation. The information shall include substantiation of Gold Bennett's "long history of prosecuting cases such as this case." Gold Bennett shall also identify which attorneys will be principally responsible on this matter.

In addition, the Court **ORDERS** PAR Investment Partners, L.P. to provide a certification that complies with Civ. L.R. 3-7(c).

The hearing scheduled for September 3, 2013 is hereby **CONTINUED** to September 10, 2013 at 2:00 p.m. The additional information from Gold Bennett and certification from PAR Investment Partners shall be filed by September 3, 2013.

Finally, the Court notes that motions for leave to appear pro hac vice have been filed by two attorneys representing The Arkansas Teacher Retirement System. The Court requests the perspectives of proposed lead plaintiffs, if any, on whether it is necessary to allow pro hac admission of counsel in light of The Arkansas Teacher Retirement System's non-opposition to PAR Investment Partner's motion. Such information shall be filed by September 3, 2013.

This Order terminates Dkt. Nos. 16 & 33.

**IT IS SO ORDERED**.

Dated: August 29, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**