UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MAZZAFERRO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ARUBA NETWORKS, INC., DOMINIC P. ORR, MICHAEL M. GALVIN, and KEERTI MELKOTE,<br><br>Defendants. | Case No.: 13-cv-02342-YGR<br><br>**ORDER REQUESTING ADDITIONAL INFORMATION REGARDING STIPULATION AND [PROPOSED] ORDER FOR FILING OF LEAD PLAINTIFF'S COMPLAINT AND BRIEFING SCHEDULE (DKT. NO. 63)** |

The parties have filed a Stipulation and [Proposed] Order for Filing of Lead Plaintiff's Complaint and Briefing Schedule. (Dkt. No. 63.) The Court requests a joint explanation from the parties as to why they seek such an extended schedule in this matter. To the extent they can, the parties shall provide specific justifications for each proposed date. The joint explanation shall be filed by Wednesday, September 25, 2013.

**IT IS SO ORDERED**.

Dated: September 20, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**