IGNACIO E. SALCEDA, State Bar No. 164017
DIANE M. WALTERS, State Bar No. 148136
CHRISTINA N. FILIPP, State Bar No. 287919
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 493-6811
Email:  isalceda@wsgr.com

Attorneys for Defendants
ARUBA NETWORKS, INC., DOMINIC P.
ORR, MICHAEL M. GALVIN, and KEERTI
MELKOTE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| PAUL MAZZAFERRO, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>ARUBA NETWORKS, INC., DOMINIC P. ORR, MICHAEL M. GALVIN, and KEERTI MELKOTE,<br>                    Defendants. | CASE NO: 13-cv-02342-VC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND HEARING ON DEFENDANTS' MOTION TO DISMISS AS MODIFIED** |

1    WHEREAS, on April 17, 2014, the above-captioned action was re-assigned to this Court;

2    WHEREAS, pursuant to the April 17, 2014 reassignment Order, the hearing date on

3    defendants' pending motion to dismiss was vacated;

4    WHEREAS, on May 1, 2014, the parties submitted a Joint Case Management Statement

5    (ECF No. 79) pursuant to the April 17, 2014 reassignment Order;

6    WHEREAS, on May 8, 2014, defendants filed a Notice of Continued Hearing Date for

7    Motion to Dismiss, stating that the parties had agreed to re-notice the hearing for June 26, 2014;

8    WHEREAS, on May 13, 2014, a Clerk's Notice was issued scheduling the Case

9    Management Conference ("CMC") and hearing on defendants' motion to dismiss for June 26,

10   2014 at 1:30 pm;

11   WHEREAS, on June 11, 2014, a Clerk's Notice was issued rescheduling the CMC and

12   hearing on defendants' motion to dismiss to July 3, 2014 at 10:00 am;

13   WHEREAS, due to a prior client conflict on July 3, 2014, defendants respectfully request

14   that the CMC and hearing on defendants' motion to dismiss be continued to July 10, 2014, as set

15   forth below;

16   WHEREAS, defendants contacted counsel for Lead Plaintiff to discuss continuing the

17   hearing date, and Lead Plaintiff consented to continuing the CMC and hearing on defendants'

18   motion to dismiss to July 10, 2014, subject to Court approval.

19   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between

20   the undersigned, subject to Court approval, as follows:

21   1.    The CMC and the hearing on defendants' motion to dismiss shall be continued to

22   July 10, 2014 at 10:00 am, or as soon thereafter as the Court may determine.

23

24   Dated:  June 16, 2014                          Respectfully submitted,

25                                                  WILSON SONSINI GOODRICH & ROSATI

26                                                  By: /s/ Ignacio E. Salceda
27                                                       Ignacio E. Salceda

28                                                  *Attorneys for Defendants*

STIPULATION AND [PROPOSED] ORDER RE
CONTINUING CMC AND MOTION HEARING
CASE NO. 13-cv-02342-VC          - 1 -

Dated:  June 16, 2014

GOLD BENNETT CERA & SIDENER LLP
Solomon B. Cera (State Bar No. 164017)
Pamela A. Markert (State Bar No. 203780)
595 Market Street, Suite 2300
San Francisco, CA 94105
Telephone:  (415) 777-2230
Facsimile:    (415) 201-5189
Email:  scera@gbcslaw.com
        pmarkert@gbcslaw.com


By: /s/ Pamela A. Markert
        Pamela A. Markert

*Attorneys for Lead Plaintiff*

1                         * * *

2                    **[~~PROPOSED~~] ORDER AS MODIFIED**

3        Defendants' Motion to Dismiss and the Case Management Conference shall be held on

4 July 31, 2014, at 10:00 a.m. The parties shall file an updated joint case management statement

5 which includes a trial date, a pretrial schedule and a discovery plan.

6        PURSUANT TO STIPULATION, IT IS SO ORDERED.

7

8 DATED: June 18, 2014                              

9                                                                 

10                    THE HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    I, Diane M. Walters, am the ECF user whose ID and password are being used to file this

2 Stipulation and [Proposed] Order Continuing Case Management Conference and Hearing on

3 Defendants' Motion to Dismiss.  In compliance with General Order 45, X.B., I hereby attest that

4 Pamela A. Markert and Ignacio E. Salceda have concurred in this filing.

5

6 Dated:  June 16, 2014                    WILSON SONSINI GOODRICH & ROSATI
                                          Professional Corporation

7

8                                         By: /s/    Diane M. Walters
                                                    Diane M. Walters
9                                                   dwalters@wsgr.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28