GOLD BENNETT CERA & SIDENER LLP
SOLOMON B. CERA (SBN 99467)
PAMELA A. MARKERT (SBN 203780)
LOUIS A. KESSLER (SBN 243703)
595 Market Street, Suite 2300
San Francisco, California 94105
Tel: (415) 777-2230
Fax: (415) 777-5189
E-mail: scera@gbcslaw.com
   pmarkert@gbcslaw.com
   lak@gbcslaw.com

Attorneys for Lead Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MAZZAFERRO, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>ARUBA NETWORKS, INC., DOMINIC P. ORR, MICHAEL M. GALVIN, and KEERTI MELKOTE,<br><br>    Defendants. | Case No.: 13-CV-02342 VC<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR FILING OF LEAD PLAINTIFF'S AMENDED COMPLAINT** |

1  WHEREAS, on August 1, 2014, the Court issued its Order Granting Motion to Dismiss with Leave to Amend ("Order") (Dkt No. 89);

WHEREAS, the Order granted Lead Plaintiff PAR Investment Partners, L.P. ("Lead Plaintiff") twenty-one (21) days to file an amended complaint;

WHEREAS, due to previously planned vacations and other pending case obligations, Lead Plaintiff respectfully requests an extension, until September 12, 2014, to file its amended complaint;

WHEREAS, counsel for defendants Aruba Networks, Inc., Dominic P. Orr, Michael M. Galvin, and Keerti Melkote (collectively, "Defendants") do not object to the extension for Lead Plaintiff to file an amended complaint on or before September 12, 2014;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to Court approval, that Lead Plaintiff shall file an amended complaint on or before September 12, 2014.

| | |
|---|---|
| Dated:  August 5, 2014 | Respectfully submitted, |
| | GOLD BENNETT CERA & SIDENER LLP |
| | /s/   Pamela A. Markert |
| | Pamela A. Markert |
| | Attorneys for Lead Plaintiff |
| Dated:  August 5, 2014 | WILSON SONSINI GOODRICH & ROSATI |
| | Professional Corporation |
| | /s/   Diane M. Walters |
| | Ignacio E. Salceda (SBN 164017) |
| | Diane M. Walters, (SBN 148136) |
| | 650 Page Mill Road |
| | Palo Alto, CA 94304-1050 |
| | Telephone: (650) 493-9300 |
| | Facsimile: (650) 493-6811 |
| | isalceda@wsgr.com |
| | dwalters@wsgr.com |
| | Attorneys for Defendants |
| | Aruba Networks, Inc., Dominic P. Orr, Michael M. Galvin, and Keerti Melkote |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August __6__, 2014          _____
                                                    VINCE CHHABRIA
                                                    United States District Judge