GOLD BENNETT CERA & SIDENER LLP
SOLOMON B. CERA (SBN 99467)
PAMELA A. MARKERT (SBN 203780)
595 Market Street, Suite 2300
San Francisco, California 94105
Tel: (415) 777-2230
Fax: (415) 777-5189
E-mail: scera@gbcslaw.com
    pmarkert@gbcslaw.com

Attorneys for Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MAZZAFERRO, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>     v.<br><br>ARUBA NETWORKS, INC., DOMINIC P. ORR, MICHAEL M. GALVIN, and KEERTI MELKOTE,<br><br>          Defendants. | Case No.: 13-CV-02342 VC<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER RE LEAD PLAINTIFF'S EMERGENCY REQUEST FOR TWO WEEK EXTENSION FOR FILING OF AMENDED COMPLAINT** |

---

STIPULATION AND [PROPOSED] ORDER RE LEAD PLAINTIFF'S EMERGENCY REQUEST FOR TWO WEEK EXTENSION FOR FILING OF AMENDED COMPLAINT – Case No. 13-cv-02342 VC

WHEREAS, on August 8, 2014, the Court issued an Order granting Lead Plaintiff PAR Investment Partners, L.P. ("Lead Plaintiff") stipulated request to file its Amended Complaint on or before September 12, 2014 (Dkt No. 91);

WHEREAS, due to the reasons set forth in the Declaration of Solomon B. Cera filed concurrently herewith, Lead Plaintiff respectfully requests a two week extension, until September 26, 2014, to file its amended complaint;

WHEREAS, due to the unforeseen and exigent circumstances of this request, Lead Plaintiff was unable to comply with paragraph 6 of this Court's Standing Order For Civil Cases that requires any request for an extension of a filing deadline to be made no later than 72 hours prior to that deadline;

WHEREAS, counsel for defendants Aruba Networks, Inc., Dominic P. Orr, Michael M. Galvin, and Keerti Melkote (collectively, "Defendants") have been informed of the reason for the requested extension and does not object;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to Court approval, that Lead Plaintiff shall file an amended complaint on or before September 26, 2014.

Dated:  September 10, 2014        Respectfully submitted,

                                  GOLD BENNETT CERA & SIDENER LLP

                                   /s/    Pamela A. Markert
                                  Pamela A. Markert

                                  Attorneys for Lead Plaintiff

Dated:  September 10, 2014        WILSON SONSINI GOODRICH & ROSATI
                                  Professional Corporation

                                   /s/    Diane M. Walters
                                  Ignacio E. Salceda (SBN 164017)
                                  Diane M. Walters (SBN 148136)
                                  650 Page Mill Road
                                  Palo Alto, CA 94304-1050
                                  Telephone: (650) 493-9300
                                  Facsimile: (650) 493-6811
                                  isalceda@wsgr.com

dwalters@wsgr.com

Attorneys for Defendants
Aruba Networks, Inc., Dominic P. Orr, Michael M. Galvin, and Keerti Melkote

1
2                              ~~[PROPOSED]~~ **ORDER**
3          PURSUANT TO STIPULATION, IT IS SO ORDERED.
4
5   Dated:  September __11__, 2014         _____
6                                          VINCE CHHABRIA
                                           United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER RE LEAD PLAINTIFF'S EMERGENCY REQUEST FOR TWO WEEK EXTENSION FOR
FILING OF AMENDED COMPLAINT – Case No. 13-cv-02342 VC                                            3