IGNACIO E. SALCEDA, State Bar No. 164017
DIANE M. WALTERS, State Bar No. 148136
CHRISTINA N. FILIPP, State Bar No. 287919
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100
Email:  isalceda@wsgr.com

Attorneys for Defendants
ARUBA NETWORKS, INC., DOMINIC P.
ORR, MICHAEL M. GALVIN, and KEERTI
MELKOTE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAUL MAZZAFERRO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ARUBA NETWORKS, INC., DOMINIC P. ORR, MICHAEL M. GALVIN, and KEERTI MELKOTE,<br><br>Defendants. | CASE NO.:  13-cv-02342-VC<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS** |

1    WHEREAS, on August 1, 2014, the Court entered an order granting with leave to amend

2  Defendants' motion to dismiss Lead Plaintiff's First Amended Class Action Complaint for

3  Violation of the Federal Securities Laws and granting Lead Plaintiff twenty-one (21) days to file

4  an amended complaint (Dkt. No. 89);

5    WHEREAS, on August 8, 2014, the Court issued an order granting Lead Plaintiff's

6  stipulated request to extend the deadline to file its amended complaint until September 12, 2014

7  (Dkt. No. 91);

8    WHEREAS, on September 11, 2014, the Court granted Lead Plaintiff's emergency

9  request to extend the deadline to file its amended complaint until September 26, 2014 (Dkt. No.

10  94);

11    WHEREAS, on September 26, 2014, Lead Plaintiff filed its Second Amended Class

12  Action Complaint for Violation of the Federal Securities Laws ("Second Amended Complaint")

13  (Dkt. No. 95);

14    WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a)(3), the last day for

15  Defendants to respond to the Second Amended Complaint is October 14, 2014;

16    WHEREAS, the parties have met and conferred regarding the schedule for the briefing of

17  Defendants' motion to dismiss the Second Amended Complaint, subject to Court approval, as set

18  forth below;

19    WHEREAS, in conferring regarding the proposed schedule, the parties considered,

20  among other factors: (1) past experience with these types of lawsuits, (2) counsels' other

21  commitments, (3) affording the parties sufficient time to formulate their arguments to be

22  submitted to the Court, (4) affording the respective parties roughly equivalent preparation

23  periods, and (5) the intervening Thanksgiving holiday;

24    WHEREAS, the proposed briefing schedule does not affect any existing deadlines set by

25  Court order;

26    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between

27  the undersigned, subject to Court approval, as follows:

28    (1)    Defendants shall file their motion to dismiss no later than October 27, 2014;

STIPULATION AND [PROPOSED] ORDER          -1-
RE BRIEFING SCHEDULE FOR
DEFENDANTS' MOTION TO DISMISS
Case No. 13-cv-02342-VC

1    (2)    Lead Plaintiff shall file its opposition to Defendants' motion to dismiss no later

2    than November 26, 2014;

3    (3)    Defendants shall file their reply memorandum in support of their motion to

4    dismiss no later than December 17, 2014; and

5    (4)    The hearing date for Defendants' motion to dismiss shall be set for January 22,

6    2015 at 10:00 a.m., or the soonest date thereafter on which the Court is available to hear the

7    motion.

8    Dated:  October 6, 2014                    Respectfully submitted,

9                                               WILSON SONSINI GOODRICH & ROSATI
                                                Professional Corporation
10

11                                             By:  /s/ Ignacio E. Salceda
                                                    Ignacio E. Salceda
12                                                  isalceda@wsgr.com

13                                             *Attorneys for Defendants*

14

15   Dated:  October 6, 2014                    GOLD BENNETT CERA & SIDENER LLP
                                                Solomon B. Cera (State Bar No. 164017)
16                                              Pamela A. Markert (State Bar No. 203780)
                                                595 Market Street, Suite 2300
17                                              San Francisco, CA  94105
                                                Telephone:  (415) 777-2230
18                                              Facsimile:  (415) 201-5189
                                                Email:  scera@gbcslaw.com
19                                                      pmarkert@gbcslaw.com

20

21                                             By:  /s/ Pamela A. Markert
                                                    Pamela A. Markert
22                                                  pmarkert@gbcslaw.com

23                                             *Attorneys for Lead Plaintiff*

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER              -2-
RE BRIEFING SCHEDULE FOR
DEFENDANTS' MOTION TO DISMISS
Case No. 13-cv-02342-VC

1                              [PROPOSED] ORDER

2              PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4    DATED: October 8, 2014
                _____            _____
5                                                   THE HONORABLE VINCE CHHABRIA
                                                    UNITED STATES DISTRICT JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER          -3-
RE BRIEFING SCHEDULE FOR
DEFENDANTS' MOTION TO DISMISS
Case No. 13-cv-02342-VC

1      I, Diane M. Walters, am the ECF user whose ID and password are being used to file this

2  Stipulation and [Proposed] Order Regarding Briefing Schedule for Defendants' Motion to

3  Dismiss.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Pamela A. Markert

4  and Ignacio E. Salceda have concurred in this filing.

5

6  Dated:  October 6, 2014                    WILSON SONSINI GOODRICH & ROSATI
                                              Professional Corporation
7

8                                            By: /s/    Diane M. Walters
                                                       Diane M. Walters
9                                                      dwalters@wsgr.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28