UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAUL MAZZAFERRO, et al.,

    Plaintiffs,

v.

ARUBA NETWORKS INC, et al.,

    Defendants.

13-cv-02342-VC

**JUDGMENT**

The Court, having dismissed this case with prejudice, now enters judgment in favor of the defendants and against the plaintiffs. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: February 2, 2015

_____
VINCE CHHABRIA
United States District Judge